In the Matter of the Claim of Mrs. DAVID LEPOW, Respondent, against LEPOW KNITTING MILLS, INC., and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board reversing a previous decision by a referee disallowing the claim and finding that the claim for death benefit should be allowed. Neither side has raised the point that this is not an appealable decision. The referee, after hearings, disallowed the claim. Upon an appeal to the State Industrial Board the decision of the referee was reversed and the case restored to the referee's calendar for the purpose of making an award. It is from this decision of the State Industrial Board that the appeal now before us has been taken. No final decision has been made. Neither has the claim been dismissed, nor has an award been made. Consequently this is not an appealable award or decision under section 23 of the Workmen's Compensation Law and the appeal should be dismissed. (*Matter of Falk* v. *Midland Dairy Co., Inc.*, 266 N. Y. 559; *Matter of Sperduto* v. *N. Y. City Interborough Ry. Co.*, 226 id. 73; *Sparone* v. *General Electric Co.*, 203 App. Div. 273.) Appeal dismissed, without costs. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

In the Matter of the Claim of MARGARET BENSEN, Respondent, against E. B. BADGER & SONS Co. and THE OCEAN ACCIDENT & GUARANTEE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MICHAEL KREVAC, Respondent, against 310 EAST 55TH STREET, INC., and LONDON AND LANCASHIRE INDEMNITY CO. OF AMERICA, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JOSEPH LANZETTA, Respondent, against ALLIED DECORATING Co., INC., and THE ASSOCIATED INDEMNITY Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.